IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| JAMES L. ROBINSON, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:19-CV-922-WKW |
| | ) | [WO] |
| KAY IVEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Plaintiff James L. Robinson objects to the Magistrate Judge's Order denying his motion to amend the complaint to add claims for declaratory relief against various state judges. The Magistrate Judge based his ruling on the futility of the amendment given the state judges' entitlement to absolute immunity. (Doc. # 27.) After careful consideration, it is ORDERED that Plaintiff's objection (Doc. # 30) is OVERRULED inasmuch as the order to which Plaintiff objects (Doc. # 27) is neither clearly erroneous nor contrary to law. *See* Fed. R. Civ. P. 72(a).

DONE this 24th day of February, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE