IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES L. ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:19-CV-922-WKW |
| ) | [WO] |
| KAY IVEY, Governor; STEVEN T. ) | |
| MARSHALL, Attorney General; ) | |
| CARRIE ELLIS MCCOLLUM; ) | |
| GARY LEE WILLFORD, JR.; AL ) | |
| BUTLER; JEFFERSON S. DUNN; ) | |
| and ALCORNELIA TERRY, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On January 25, 2023, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 47.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that Defendants' motion for summary judgment (Doc. # 40) is GRANTED.

It is further ORDERED that costs are TAXED against Plaintiff.

DONE this 14th day of February, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE