IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES L. ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:19-CV-922-WKW |
| | ) [WO] |
| KAY IVEY, Governor; STEVEN T. MARSHALL, Attorney General; CARRIE ELLIS MCCOLLUM; GARY LEE WILLFORD, JR.; AL BUTLER; JEFFERSON S. DUNN; and ALCORNELIA TERRY, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On January 25, 2023, the Magistrate Judge filed a Recommendation (Doc. # 47), recommending the entry of summary judgment in Defendants' favor. After no timely objections were filed, the Recommendation was adopted, and judgment was entered in favor of Defendants on February 14, 2023. (Docs. # 48, 49.) A week later on February 21, 2023, Plaintiff's objection was received. (Doc. # 50.)

Based upon careful consideration, it is ORDERED that Plaintiff's objection (Doc. # 50) is OVERRULED as untimely and on the merits.

DONE this 3rd day of May, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE